UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA SINGH,
    Plaintiff,

                                            Case No. 5:17-cv-13330-JEL-APP
-vs.-                               Hon. Judith E. Levy

TRANS UNION, LLC, and
TRANS WORLD SYSTEMS, INC.,
    Defendants.
_____

## NOTICE OF SETTLEMENT WITH DEFENDANT TRANS WORLD SYSTEMS, INC.

Plaintiff and Defendant, Trans World Systems, Inc., have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Trans World Systems, Inc., with prejudice, no later than February 8, 2018.

                                            Respectfully submitted,

                                            /s/ Gary Nitzkin
                                            GARY D. NITZKIN (P41155)
                                            Credit Repair Lawyers of America
                                            Attorney for Plaintiff
                                            22142 West Nine Mile Road
                                            Southfield, MI 48033
                                            (248) 353-2882
                                            gary@crlam.com

December 8, 2017

## PROOF OF SERVICE

      I, Amber Gingiloski, hereby state that on December 8, 2017, I served a copy of the within pleading upon all counsel of record via the ECF System.

<u>/s/ Amber Gingiloski</u>