# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

| | |
|---|---|
| RHONDA SINGH,<br>　　　　Plaintiff, | CASE NO.  5:17-cv-13330-JEL-APP |
| vs. | Judge Judith E. Levy<br>Magistrate Judge Anthony P. Patti |
| TRANS UNION, LLC, a foreign<br>limited liability company; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>an Ohio corporation; and<br>TRANSWORLD SYSTEMS, INC.,<br>a foreign profit corporation,<br>　　　　Defendants. | |

_____

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TRANS UNION, LLC, ONLY
_____

Plaintiff Rhonda Singh, by counsel, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Rhonda Singh against Defendant Trans Union, LLC only, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Rhonda Singh against Defendant Trans Union, LLC only are dismissed, with prejudice.  Plaintiff and Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: January 23, 2018                   s/Judith E. Levy
      Ann Arbor, Michigan               JUDITH E. LEVY
                                           United States District Judge

**I consent to the entry of this order**:

Date:   January 23, 2018          */s/Carl Schwartz (w/ consent)*
                                             Gary D. Nitzkin, Esq.
                                             Carl Schwartz, Esq.
                                             Credit Repair Lawyers of America
                                             22142 West Nine Mile Road
                                             Southfield, MI  48033
                                             Telephone:  248-353-2882
                                             Fax:  248-213-6397
                                             E-Mail:  gary@micreditlawyer.com
                                                               carl@micreditlawyer.com

                                             *Counsel for Plaintiff Rhonda Singh*

Date:   January 23, 2018          */s/William M. Huse*
                                             Andrew M. Lehmann, Esq.  (IN #31151-06)
                                             William M. Huse, Esq. (IN #31622-49)
                                             Schuckit & Associates, P.C.
                                             4545 Northwestern Drive
                                             Zionsville, IN  46077
                                             Telephone:  317-363-2400
                                             Fax:  317-363-2257
                                             E-Mail:  alehmann@schuckitlaw.com
                                             E-Mail:  whuse@schuckitlaw.com

                                             *Counsel for Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin, Hauser, Wartell, Roth
& Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail:  ban@maddinhauser.com

*Local Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| RHONDA SINGH,<br>       Plaintiff,<br><br>    vs.<br><br>TRANS UNION, LLC, a foreign<br>limited liability company; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>an Ohio corporation; and<br>TRANSWORLD SYSTEMS, INC.,<br>a foreign profit corporation,<br>       Defendants. | CASE NO.  5:17-cv-13330-JEL-APP<br><br>Judge Judith E. Levy<br>Magistrate Judge Anthony P. Patti |

_____

## CERTIFICATE OF SERVICE
_____

     I, William M. Huse, hereby certify that on the **23rd day of January, 2018**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| | |
|---|---|
| Gary D. Nitzkin, Esq.<br>gary@micreditlawyer.com | Tamara E. Fraser<br>tefraser@wwrplaw.com |
| Carl Schwartz, Esq.<br>carl@micreditlawyer.com | Daniel W. Pisani, Esq.<br>dpisani@sessions.legal |
| Deborah A. Lujan, Esq.<br>Deborah.Lujan@CEFLawyers.com | Morgan I. Marcus, Esq.<br>mmarcus@sessions.legal |
| Sidney L. Frank, Esq.<br>slfrank@wwrplaw.com | |

I further certify that on the **23rd day of January, 2018**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| None. | |
|---|---|

Respectfully submitted,

*/s/William M. Huse*
Andrew M. Lehmann, Esq.  (IN #31151-06)
William M. Huse, Esq. (IN #31622-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  alehmann@schuckitlaw.com
E-Mail:  whuse@schuckitlaw.com

*Counsel for Trans Union, LLC*