UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RHONDA SINGH**,

    Plaintiff,

v.

**TRANS UNION, LLC**,
**EXPERIAN INFORMATION SOLUTIONS, INC**.
and **TRANSWORLD SYSTEMS, INC**.,

    Defendants.

Case No. 5:17-cv-13330
Honorable Judith E. Levy
Magistrate Anthony P. Patti

_____

**STIPULATION AND ORDER OF DISMISSAL
AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY, WITH
PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Rhonda Singh ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against Experian in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

*/s/ Carl Schwartz*
Carl Schwartz (P70335)
Michigan Consumer Credit Lawyers
(248) 353-2882
carl@crlam.com
*Attorney for Plaintiff*

*/s/ Tamara E. Fraser*
Tamara E. Fraser (P51997)
Williams, Williams, Rattner
 & Plunkett, P.C.
(248) 642-0333
tef@wwrplaw.com
*Attorney for Defendant Experian
Information Solutions, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RHONDA SINGH**,

    Plaintiff,                                         Case No. 5:17-cv-13330
                                                          Honorable Judith E. Levy
v.                                                           Magistrate Anthony P. Patti

**TRANS UNION, LLC**,
**EXPERIAN INFORMATION SOLUTIONS, INC**.
and **TRANSWORLD SYSTEMS, INC**.,

    Defendants.
_____

### ORDER OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY, WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc., only, shall be dismissed with prejudice and without costs or attorney fees awarded to either party.  The Court retains jurisdiction only for purposes of enforcing the settlement in this matter. The Court retains jurisdiction only for purposes of enforcing the settlement in this matter.

Dated: May 29, 2018                                   s/Judith E. Levy
                                                                          JUDITH E. LEVY
                                                                          United States District Judge